JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNETT MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., <br><br> Defendant. | Case No. CV 22-7916-DMG (PDx) <br><br> **JUDGMENT** |

-2-

Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, filed November 28, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Walmart, Inc., and against Plaintiff Dawnett Mitchell.

DATED: November 28, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE